IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA,
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br>**FERNANDO BROWN A/K/A "NINO",**<br>**HYKEEM LOMAX A/K/A "PESO"**<br>Defendants. | CASE NO.: 4:24-cr-00015-CDL-CHW |

# ORDER

Defendants were indicted on August 14, 2024, ECF No. 1, and arraigned on September 13, 2024, ECF No. 19 and October 17, 2024, ECF No. 88. A pretrial conference is currently scheduled for August 5, 2025. The Parties jointly ask to continue the case. Specifically, Defendants need additional time to review the voluminous discovery, possible defenses with counsel, and to discuss possible resolutions with the government.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for **December 2025**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended on that time. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and Defendants in a speedy trial because failure to grant such continuance could result in a miscarriage of justice and would deny counsel for Defendants and the Government the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 29th day of July, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA