IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA,　|
    v.　　　　　　　　　　　　　　| Case: 4:24-CR-00015-CDL-CHW

FERNANDO BROWN, and
HYKEEM LOMAX,
    Defendants.

### ORDER GRANTING JOINT AND UNOPPOSED MOTION FOR CONTINUANCE

    The Court, having considered the Joint and Unopposed Motion for Continuance filed by Defendant Fernando Brown and joined by CoDefendant Hykeem Lomax, and for good cause shown, hereby finds that:

1. Counsel for Defendant Brown was appointed in October 2024 and requires additional time to review discovery, file pretrial motions, and adequately prepare for trial.
2. The Government does not object to the requested continuance.
3. Counsel for Co-Defendant Lomax joins in the request.
4. The Court previously declared this matter complex.
5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendants in a speedy trial.

      Accordingly, the Joint and Unopposed Motion for Continuance is GRANTED. This case is continued from the December 2025 trial term and is hereby reset for the March 2026 trial term.

      It is further ORDERED that the time from the date of this Order through the March 2026 trial term shall be excluded from the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED, this 30th day of September, 2025.

                                                S/ Clay D. Land
                                                CLAY D. LAND
                                                United States District Judge
                                                Middle District of Georgia